# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ANTONIO D. SHANNON,**

        Petitioner,

    -vs-                          Case No. 15-C-604

**WILLIAM POLLARD, Warden,**
**Waupun Correctional Institution,**

        Defendant.

## DECISION AND ORDER

Antonio Shannon moves to hold this petition under 28 U.S.C. § 2254 in abeyance so he can present unexhausted claims in Wisconsin State Court. The Court finds that there is good cause for the stay, and the unexhausted claims are potentially meritorious. *Rhines v. Weber*, 544 U.S. 269 (2005). Therefore, Shannon's motion to stay [ECF No. 2] is **GRANTED**, conditioned upon Shannon commencing state court exhaustion proceedings within 120 days and returning to this Court within 60 days of completing such exhaustion.

Dated at Milwaukee, Wisconsin, this 22nd day of June, 2015.

                                      SO ORDERED:

                                      */s/ Rudolph T. Randa*
                                      **HON. RUDOLPH T. RANDA**
                                      **U.S. District Judge**